AUSA:   Zachary Zurek            Telephone: (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint    Special Agent:     Dustin Swensson           Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
## for the

### Eastern District of Michigan

United States of America
  v.

Danthony JaJaun Ray

Case No.

Case: 2:26−mj−30338
Assigned To : Unassigned
Assign. Date : 6/4/2026
Description: RE: SEALED MATTER
(EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ June 3, 2025 _____ in the county of _____ Macomb _____ in the
_____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Receipt of child pornography. |
| 18 U.S.C.§ 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Dustin Swensson, Special Agent-FBI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ June 4, 2026 _____

_____
*Judge's signature*

City and state: _Detroit, Michigan_          Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Dustin Swensson, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

1. I have been employed as a Special Agent of the FBI since 2016 and am currently assigned to the FBI Detroit Division. Prior to being employed by the FBI, I served in the US Army and later worked for several defense contractors as a counter-terrorism analyst. While employed by the FBI, I have drafted affidavits for arrest warrants and search warrants, including searches of residences and electronic devices. I have investigated numerous federal violations, including cases involving child pornography and the sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. § 2252A. I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Danthony JaJaun Ray for violations of 18 U.S.C. §

1

2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only facts necessary to establish probable cause that Ray has violated 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B).

6. In September 2025, FBI Detroit executed a federal search warrant in the Eastern District of Michigan at the residence of, and on the person of, Subject-1, an individual whose identity is known to law enforcement. Subject-1 had previously been identified as having distributed child pornography, via a mobile messaging application, with another subject of an FBI investigation. Subject-1's cellular phone was seized during the search.

7. A forensic review of Subject-1's phone revealed that he traded images and videos which met the federal definition of child pornography with multiple individuals. The FBI later identified one such individual who received child pornography from Subject-1 as Danthony JaJaun Ray, telephone number XXX-

2

XXX-9649.

8.    The forensic review of Subject-1's phone showed that between March and June 2025, Ray received at least 70 videos containing child pornography from Subject-1 via a mobile messaging application.

9.    On June 3, 2025, Ray received at least 20 videos containing child pornography from Subject-1 including the following:

    a.  A video of a man anally penetrating a toddler with his penis.

    b.  A video of a man rubbing his erect penis on the anus of a male toddler.

    c.  A video of an adult man performing oral sex on a minor boy.

    d.  A video of a minor boy performing oral sex on an adult man.

10.    During their chat on the mobile messaging application, Ray and Subject-1 discussed their mutual sexual interest in children and their desire to sexually assault children. Ray also asked Subject-1 for child pornography. The following is an excerpt of their chat from June 3, 2025:

**Subject-1:** I love seeing grown men touch on little boys
**Ray:** I know u do I like lil girls *devil emoji*
**Subject-1:** You don't like lil boys?
**Ray:** Yes I like both lol
**Subject-1:** Oh okay lol
**Subject-1:** I wanna see you touch on one
**Ray:** Send more bae
**Ray:** U will soon I get the right opportunity

3

**Subject-1:** [Sends at least 12 videos that meet the federal definition of child pornography, including a video of an adult man rubbing his erect penis on the anus of a male toddler]

**Subject-1:** Fr bae? What all you gone do to him?

**Ray:** Make him eat this grown dick up

**Subject-1:** Yes baby how young you want him

**Ray:** Like 5

11. Information received from the mobile messaging application company, pursuant to an administrative subpoena, listed telephone number XXX-XXX-9649 as being connected to the username that received child pornography from Subject-1.

12. On May 11, 2026, a search warrant for location information for Ray's cellular phone XXX-XXX-9649 was obtained in the Eastern District of Michigan. The FBI began to receive location information from the cellular provider on May 12, 2026, and FBI personnel have reviewed the location data on a daily basis since. Other than when Ray was at his place of employment, the overwhelming majority of the location data shows Ray's cellular phone within a radius of an identified address in Warren, Michigan.

13. Wi-Fi calling data for Ray's cellular phone XXX-XXX-9649 was provided by AT&T pursuant to the above referenced search warrant. The data showed Wi-Fi calling associated with an IP address.

14.     Information received from AT&T, pursuant to an administrative subpoena, showed that the IP address belonged to Ray's employer, an identified business located in Livonia, Michigan.

15.     In May 2026 the FBI conducted physical surveillance of the identified residence in Warren, Michigan on multiple occasions and observed a black Buick Encore SUV bearing an identified Michigan license plate parked at times in the driveway and at other times parked in the street directly in front of the identified residence. According to the Michigan Secretary of State, this vehicle is registered to Ray.

### CONCLUSION

16.     Based on the foregoing, there is probable cause to believe that Danthony JaJaun Ray committed violations of 18 U.S.C. §§ 2252A(a)(2) (receipt of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

Dustin Swensson, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date:  June 4, 2026

5